JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER (CBN: 222875)
Assistant United States Attorney
Asset Forfeiture Section
   1400 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-3172
       Facsimile: (213) 894-7177
       E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>$383,365.70 IN BANK FUNDS AND $34,860.00 IN U.S. CURRENCY,<br><br>       Defendants.<br><br>HEE SUN SHIM AND IL SOON LEE,<br><br>       Claimants. | No. CV 15-7554-GW (GJSx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

      This civil forfeiture action was commenced on September 25, 2015 against the defendants $383,365.70 in bank funds and $34,860.00 in U.S. Currency. Hee Sun Shim

1  and Il Soon Lee (collectively referred to as "Claimants") filed a claim of interest in the
2  defendants on November 6, 2015.  Shim claimed an interest in all of the defendants and
3  Lee claimed an interest in all defendants except Lee did not claim $276,175.50 of the
4  defendant bank funds which were seized from Uniti Bank account ending in 2784.
5       No other parties have appeared in this case and the time for filing claims of
6  interest and answers has expired.  Plaintiff United States of America and Claimants have
7  reached an agreement that is dispositive of the action.  The parties hereby request that
8  the Court enter this Consent Judgment of Forfeiture.
9       WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:
10      This Court has jurisdiction over the parties and the subject matter of this action.
11      Notice of this action has been given in accordance with law.  All potential
12 claimants to the defendants, other than Claimants, are deemed to have admitted the
13 allegations of the Complaint.  The allegations set out in the Complaint are sufficient to
14 establish a basis for forfeiture.
15      The United States of America shall have judgment as to $383,365.70 in bank
16 funds and $34,860.00 in U.S. currency and all interest earned on the entirety of the
17 defendants since seizure, and no other person or entity shall have any right, title or
18 interest therein.  The United States is ordered to dispose of said funds in accordance with
19 law.
20      Claimants agree to release the United States of America, its agencies, agents, and
21 officers, including employees, officers and agents of the Department of Homeland
22 Security from any and all claims, actions or liabilities arising out of or related to this
23 action or the underlying seizures, including, without limitation, any claim for attorney's
24 fees, costs or interest which may be asserted on behalf of Claimants, whether pursuant to
25 28 U.S.C. § 2465 or otherwise.  If Claimants submitted petitions for remission to any of
26 the defendants in any proceedings, Claimants hereby stipulate to withdraw the petitions,
27 and waive any rights they may have to seek remission or mitigation of the forfeiture of
28 the defendants.

1     The Court finds that there was reasonable cause for the seizure of the defendants
2 and institution of these proceedings. This judgment shall be construed as a certificate of
3 reasonable cause pursuant to 28 U.S.C. § 2465.

5 Dated: February 13, 2017

GEORGE H. WU, U.S. District Judge